# United States District Court
## Southern District of Georgia

DWIGHT DAVID MASSEY,

Petitioner,

v.

WARDEN EDWARD PHILBIN,

Respondent,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV420-138

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated February 23, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Respondent's Motion to Dismiss is granted and Petitioner's 28 US.C. § 2254 petition is dismissed. This action stands closed.

February 23, 2023
*Date*

John E. Triplett, Clerk of Court
*Clerk*

(By) Deputy Clerk

GAS Rev 10/2020